# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 21-CV-00262

| | |
|---|---|
| TROY DAVENPORT<br><br>        Plaintiff,<br><br>v.<br><br>THE MANUAL WOODWORKERS AND WEAVERS, INC.,<br><br>        Defendant. | **JOINT MOTION FOR CONSENT PROTECTIVE ORDER** |

The Parties, through their counsel of record, respectfully move this Court for the entry of a Consent Protective Order. The parties have conferred and have consented to the language for a Consent Protective Order, which is attached as Exhibit 1.

Respectfully submitted, this the 11th day of May, 2022.

*Attorney for Plaintiff*

s/ Geraldine Sumter
Geraldine Sumter
Ferguson Chambers & Sumter, PA
309 East Morehead Street, Suite 110
Charlotte, North Carolina 28202
Telephone: (704) 375-8461
gsumter@fergusonsumter.com

*Attorney for Defendant*

s/ Ann-Patton Hornthal
Ann-Patton Hornthal
Roberts & Stevens, P.A.
P.O. Box 7647
Asheville, NC 28802
Phone: 828-253-7200
aphornthal@roberts-stevens.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on counsel for Defendants by CM/ECF filing

Geraldine Sumter
N.C. Bar No. 11107
Ferguson Chambers & Sumter, PA
309 East Morehead Street, Suite 110
Charlotte, North Carolina 28202
Telephone: (704) 375-8461
Facsimile: (704) 938-4867
gsumter@fergusonsumter.com

This the 11th day of May, 2022.

BY: s/Ann-Patton Hornthal
ANN-PATTON HORNTHAL
*Attorney for Defendant*